UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AURELIO MARTIN SEPULVEDA, | ) | CASE NO. ED CV 15-255-CAS (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| DANIEL PARAMO, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   March 16, 2016

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

C:\Users\sbourgeoi\AppData\Local\Temp\notesC7A056\EDCV15-255-CAS-PJW-J.wpd